CHART- *U.S. v. Tran* SA-CR-25-250-JVS

| **Ms. Chattah**<br>**Las Vegas** | **Mr. Essayli**<br>**Los Angeles** |
|---|---|
| April 1, 2025-<br>Ms. Chattah appointed Interim U.S. Attorney by DOJ | April 2, 2025-<br>Mr. Essayli appointed Interim U.S. Attorney by DOJ |
| July 28, 2025-<br>Ms. Chattah resigns as Interim U.S. Attorney | July 29, 2025-<br>Mr. Essayli resigns as Interim U.S. Attorney |
| July 28, 2025-<br>Ms. Chattah designated as First Assistant by DOJ- DOJ allows Acting U.S. Attorney status/title | July 29, 2025-<br>Mr. Essayli appointed as Acting U.S. Attorney by DOJ |
| February 11, 2026-<br>New U.S. Attorney nominated for Senate consideration, Ms. Chattah allowed to remain Acting pending Senate confirmation | October 28, 2025-<br>After this Court's ruling in *U.S. v. Ramirez et. al.*, Mr. Essayli designated First Assistant U.S. Attorney by DOJ |