H. Dean Steward SBN 85317
17 Corporate Plaza Drive
Suite 254
Newport Beach, CA 92660
949-481-4900
deansteward7777@gmail.com

Attorney for Defendant
Tu Anh Tran

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>TU ANH TRAN,<br><br>Defendant. | Case No. SA-CR-25-250-JVS<br><br>**NEW SUPPLEMENTAL AUTHORITY TO MOTION FOR RECONSIDERATION** |

On August 21, 2026, the Third Circuit Court of Appeals issued a ruling in *New York State Attorney General v. U.S.* __ 4th __, (3rd Cir. 8-21-26), No. 26-156. This opinion concerns the Federal Vacancies Reform Act and the appointment of U.S. Attorneys, as argued in the defense's Motion for Reconsideration, docket #60 in this matter.

Dated: August 24, 2026 /s/ H. Dean Steward
H. Dean Steward
Counsel for Defendant
Tu Anh Tran

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza Dr., Ste. 254, Newport Beach, CA 92660.

I am not a party to the above-entitled action. I have caused, on 8-24-26, service of the defendant's:

**Supplemental Authority for Motion for Reconsideration**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA's Alexander Drutis Alexander Robbins**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-24-26

s/ H. Dean Steward

H. Dean Steward