H. Dean Steward SBN 85317
17 Corporate Plaza Dr., Ste. 254
Newport Beach, CA 92660
949-481-4900
deansteward7777@gmail.com

Attorney for Defendant
TU ANH TRAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>TU ANH TRAN,<br><br>Defendant. | Case No. SA-CR-25-250-JVS<br><br>SECOND NOTICE OF NEW AUTHORITY; EXHIBIT "A" |

Comes now defendant Tu Anh Tran, together with counsel, and notifies the Court and all counsel of new authority. Ordinarily, counsel would simply join the motion for reconsideration filed by the Federal Public Defender Office in *U.S. v. Ramirez*, CR-25-264-SSS, but Ramirez is on a different docket. Therefore, the cases cited therein are new to the Tran matter, and counsel is filing this notice. Since the Ramirez document is not on this docket, it is filed herein as Exhibit "A".

Dated: Sept. 8, 2026 /s./ H. Dean Steward

H. Dean Steward

Counsel for Tu Anh Tran

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza Dr., Ste. 254, Newport Beach, CA 92660.

I am not a party to the above-entitled action. I have caused, on 9-8-26, service of the defendant's:

**SECOND NOTICE OF NEW AUTHORITY**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Zakariya Varshovi, Alexander Drutis Alexander Robinson**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-8-26

s/ H. Dean Steward

H. Dean Steward