H. Dean Steward SBN 85317
17 Corporate Plaza Drive
Suite 254
Newport Beach, CA 92660
949-481-4900
deansteward7777@gmail.com

Attorney for Defendant
Tu Anh Tran

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>TU ANH TRAN,<br><br>Defendant. | Case No. SA-CR-25-250-JVS<br><br>**JOINDER IN OPPOSITION TO GOVERNMENT MOTION FOR STAY; EXHIBIT "A"** |

On Nov. 3, 2026, 2026, government counsel moved for a stay of the Court's decision on Oct.27, 2026 [docket 76 in *U.S. v. Ramirez* CR-25-264-SSS, order at docket 85]. On November 5, 2026, counsel for defendant Jaime Ramirez filed an opposition to the government's motion [docket 91]. Defendant Tu Anh Tran joins in that opposition. Because the cases are under different case numbers, Mr. Tran attaches the *Ramirez* opposition as Exhibit "A" herein.

Dated: Nov. 9, 2026 /s/ H. Dean Steward
H. Dean Steward
Counsel for Defendant
Tu Anh Tran

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza Dr., Ste. 254, Newport Beach, CA 92660.

I am not a party to the above-entitled action. I have caused, on 11-9-26, service of the defendant's:

**JOINDER IN OPPOSITION TO STAY OF PROCEEDINGS**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA's Alexander Drutis Alexander Robbins**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-9-26

s/ H. Dean Steward

H. Dean Steward